UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KIMBERLY HAVENS,

       Plaintiff,                          Case No. 1:13-cv-938

v.                                            HON. JANET T. NEFF

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff's counsel filed a Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 21). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on September 21, 2015, recommending that this Court grant in part and deny in part the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 24) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Attorney Fees Pursuant to the Equal Access to Justice Act (Dkt 21) is GRANTED IN PART AND DENIED IN PART. Specifically, Plaintiff shall be awarded four thousand, three hundred thirty-one dollars and twenty-five cents ($4,331.25) and such shall be paid directly to Plaintiff.

Dated: October 9, 2015                         /s/Janet T. Neff
                                                    JANET T. NEFF
                                                    United States District Judge